**Vincente D. BUENAFE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 04–3341.

United States Court of Appeals, Federal Circuit.

July 26, 2004.

Thomas N. Auble, Principal Attorney, Harold D. Lester, Jr., David M. Cohen, James D. Colt, Department of Justice, Of Counsel, Washington, DC, for Respondent.

Vicente D. Buenafe, Olongapo City, Phillipines, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Thomas QUINTAL, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3321.

United States Court of Appeals, Federal Circuit.

July 26, 2004.

Cornelius J. Sullivan, Principal Attorney, Sullivan & Walsh, Mattapan, MA, for Petitioner.

Timothy P. McIlmail, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel, Washington, DC, for Respondent.

**ORDER**

Order Vacated, See 108 Fed.Appx. 627.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.